UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JAMES MUTKA, an individual

    Plaintiff,

v.                                Case No:   2:18-cv-539-FtM-38MRM

TOP HAT IMPORTS, LLC,

    Defendant.
_____/

## OPINION AND ORDER[1]

Before the Court is Plaintiff James Mutka's Response to the Court's Order to Show Cause. (Doc. 10). Last week, the Court ordered Mutka to show cause why it should not dismiss his case for failure to move for a default judgment after Defendant Top Hat Imports, LLC's time to respond to the Complaint expired. (Doc. 9). Mutka now explains that his attorney was in an emergency state court hearing and was giving Top Hat's potential attorney the professional courtesy to appear and defend this case. Based on Mutka's explanation, the Court finds that he is not showing a lack of interest in prosecuting the case. This case, however, cannot sit idle. The Court thus directs Mutka to move for a clerk's default on or before October 30, 2018, if Top Hat does not respond to the Complaint by that date.

Accordingly, it is now

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

**ORDERED:**

(1) The Court will take no further action on its Order dated October 10, 2018 (Doc. 9).

(2) Plaintiff James Mutka must move for a clerk's default on or before **October 30, 2018**, if Defendant Top Hat Imports, LLC has not yet responded to the Complaint.  **Failure to do so may result in the Court closing the case without further notice.**

**DONE** and **ORDERED** in Fort Myers, Florida this 16th day of October 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record